## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DANYALE YARGER, on behalf of herself
and those similarly situated,

               Plaintiff,

     v.

FRESH FARMS, LLC.

               Defendant.

Case No. 19-cv-02767-JAR-JPO

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

For the reasons stated below, Plaintiff respectfully requests that this Court grant this Motion to Enforce Settlement Agreement by entering a judgment in Plaintiff's favor against Fresh Farms, LLC consistent with the terms of the parties' Settlement Agreement, which is attached hereto as Exhibit 1.

1.     As Plaintiff previously reported to the Court (Doc. 30), the parties executed a settlement agreement on March 8, 2021 to resolve this case, but Defendant is in breach of its obligations under that agreement.

2.     On June 1, 2021, this Court ordered the parties either to file a stipulation of dismissal signed by the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, or Plaintiff shall file a motion to enforce the settlement agreement. Doc. 31.

3.     Plaintiff has attempted to communicate numerous times with Defendant and requested that Defendant comply with its obligations under the parties' Settlement Agreement.

4.     To date, Defendant continues to be in breach of the Settlement Agreement, having failed to make the required settlement payment. *See* Ex. 1.

5.     "A trial court has the power to summarily enforce a settlement agreement between the parties to a case which is still pending in that court." *Tindall v. Freightquote.com, Inc.*, No. 10-2364-EFM, 2011 WL 2444061, at *1 (D. Kan. June 15, 2011), *aff'd*, 466 F. App'x 752 (10th Cir. 2012).

6.     The parties to this lawsuit entered into a binding and enforceable written settlement agreement. Ex. 1.

7.     Accordingly, Plaintiff respectfully requests that the Court grant this Motion and enter a judgment in her favor and against Defendant Fresh Farms, LLC in the amount of $2,500, consistent with the terms of the parties' Settlement Agreement. *See* Ex. 1.

Dated: July 31, 2021

Respectfully submitted by:

BOULWARE LAW LLC

/s/  Jeremy M. Suhr

| Brandon J.B. Boulware | KS # 25840 |
| Jeremy M. Suhr | KS # 24025 |

1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tele/Fax:      (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF e-filing system, which will send a notice of electronic filing to counsel of record in this case. A copy will also be sent via email to the email address provided for Defendant in connection with Defendant counsel's motion to withdraw (Doc. 17), and via US Mail, as follows:

Fresh Farms LLC
2601 S. Minnesota Ave., Ste. 105-257
Sioux Falls, SD 57105

/s/  Jeremy M. Suhr
*Attorney for Plaintiff*