UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANYALE YARGER, on behalf of herself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FRESH FARMS, LLC. <br><br> Defendant. | Case No. 19-cv-02767-JAR-JPO |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

For the reasons stated below, Plaintiff respectfully requests that the Court grant this Motion and enter a Default Judgment for Plaintiff and against Defendant Fresh Farms, LLC in the amount of $2,500.

1.  On June 18, 2020, this Court entered an Order permitting the withdrawal of counsel of record for Defendant, Doc. 18, and on July 7, 2020 this Court entered an Order providing notice to Defendant that, as a limited liability company, it could not proceed pro se. Doc. 19. Accordingly, this Court directed that Defendant obtain new counsel by August 3, 2020.

2.  Defendant did not meet this deadline and, indeed, to date still has not had any counsel enter an appearance for it in this case.

3.  Meanwhile, as Plaintiff previously reported to the Court (Doc. 30), the parties engaged in a period of settlement negotiations that concluded with the parties executing a settlement agreement on March 8, 2021 to resolve this case. However, Defendant is in breach of its obligations under that agreement.

4. On June 1, 2021, this Court ordered the parties either to file a stipulation of dismissal signed by the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, or, alternatively, directed Plaintiff to file a motion to enforce the settlement agreement. Doc. 31.

5. Plaintiff filed the motion directed by the Court, Doc. 32, but during a September 21, 2021 hearing the Court directed Plaintiff instead to file a motion for default judgment. Doc. 34.

6. Accordingly, because Defendant still has not obtained counsel and is in breach of the parties' settlement agreement, Plaintiff now seeks entry of a final Default Judgment in the amount of $2,500, which is the sum owed under the parties' settlement agreement (previously attached as Exhibit 1 to Doc. 32).

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter a final Default Judgment in her favor and against Defendant Fresh Farms, LLC in the amount of $2,500.

Dated: October 8, 2021

Respectfully submitted by:

BOULWARE LAW LLC

 /s/  Jeremy M. Suhr
Brandon J.B. Boulware         KS # 25840
Jeremy M. Suhr                KS # 24025
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tele/Fax:      (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF e-filing system, which will send a notice of electronic filing to counsel of record in this case. A copy will also be sent via email to the email address provided for Defendant in connection with Defendant counsel's motion to withdraw (Doc. 17), and via US Mail, as follows:

Fresh Farms LLC
2601 S. Minnesota Ave., Ste. 105-257
Sioux Falls, SD 57105

/s/  Jeremy M. Suhr
*Attorney for Plaintiff*

3